UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PENNY PENNINGTON, et al., ) | |
| ) | |
| Movants, ) | |
| ) | |
| v. ) | No. 4:19-mc-00873-AGF |
| ) | |
| KRISTEN VISBAL., ) | |
| ) | |
| Respondent. ) | |

# MEMORANDUM AND ORDER

This matter is before the Court upon review of the emergency motions (ECF Nos. 1 & 2) of Movants Penny Pennington and Edward D. Jones & Co., L.P. to quash and for a protective order related to subpoenas for depositions served by Respondent Kristen Visbal. Movants request that the Court hold a hearing and resolve these issues by Monday, November 18, 2019, before the scheduled depositions, or, alternatively, that the Court stay the depositions pending resolution of this matter.

Accordingly,

**IT IS HEREBY ORDERED** that Respondent Kristen Visbal shall file a response to the pending motions (ECF Nos. 1 & 2) no later than **November 14, 2019**. After reviewing the response, the Court will determine whether to hold a hearing in this matter.

Dated this 6th day of November, 2019.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE